**Entered on Docket**
**January 19, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | BK- 03-25580 LBR |
| ALBERT RISKE | Hearing Date: N/A <br> Hearing Time: N/A |
| Debtor(s) | |

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

Upon the foregoing Motion and in accordance with the provisions of 28 U.S.C. Section 2042, and good cause appearing therefore, it is hereby

ORDERED that the amount of $761.64 constituting an unclaimed dividend is declared due to PLATINUM RECOVERY SOLUTIONS, INC.

IT IS FURTHER ORDERED that the Clerk, U.S. Bankruptcy Court, District of Nevada, pay this unclaimed dividend to the order of

PLATINUM RECOVERY SOLUTIONS, INC.
%Dilks & Knopik, LLC
P.O. Box 2728
Issaquah, WA 98027

###